# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS-23 | 9762204 | Baker | 3786 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 07/13/2025 14:22
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — Title 36 ch. III 327.12(c)

**Place of Offense:** Alum Creek Below Dam - Maple Shelter

**Offense Description; Factual Basis for Charge:** Engaging in an act which interfers with use of the project by occupying a shelter reserved by another party and inviting too many guests causing park to close.

### DEFENDANT INFORMATION

**Last Name:** SESAY
**First Name:** ISATU

### APPEARANCE IS OPTIONAL

☒ B — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

*9762204*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 13, 2025 while exercising my duties as a law enforcement officer in the Southern District of OHIO

[Printed and stapled]

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/25/2025

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident